**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**FRED EDGIN**                                                      **PLAINTIFF**
**ADC #138700**

**v.**              **CASE NO. 1:15-CV-00114 BSM**

**CORRECT CARE SOLUTIONS LLC, et al.**              **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 68] has been reviewed. No objections have been filed. After reviewing the record, the PRD is adopted.

Accordingly, the motion for summary judgment filed by defendants Amanda Davis and Linda Hunt [Doc. No. 59] is granted, and plaintiff Fred Edgin's claims against Davis and Hunt are dismissed without prejudice.

IT IS SO ORDERED this 21st day of February 2017.

                                                         UNITED STATES DISTRICT JUDGE