IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FRED EDGIN**                                                      **PLAINTIFF**
**ADC #138700**

v.                  **CASE NO. 1:15-CV-00114 BSM**

**CORRECT CARE SOLUTIONS LLC, et al.**                **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 81] and plaintiff Fred Edgin's objections [Doc. No. 82] have been reviewed. After reviewing the record, the PRD is adopted.

Accordingly, the motion to dismiss filed by defendants Michelle Arnold and Regina Lynch [Doc. No. 74] is granted. Considering Edgin's claims against defendant "Fletcher" suffer from the same deficiency addressed in the motion to dismiss, all claims against Fletcher are dismissed *sua sponte*. *See* Doc. No. 81 at 2 n.1 (noting Fletcher has not been served). The motion to dismiss for insufficient service of process [Doc. No. 73] is denied as moot.

IT IS SO ORDERED this 9th day of May 2017.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE