IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FRED EDGIN**     **PLAINTIFF**
**ADC #138700**

v.     **CASE NO. 1:15-CV-00114 BSM**

**SHAH,** *et al.*     **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 88] has been reviewed. No objections have been filed. After a careful review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, Edgin's claims against the Doe defendants are dismissed without prejudice.

IT IS SO ORDERED this 20th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE