# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**FRED EDGIN**  **PLAINTIFF**
**ADC #138700**

v.  **CASE NO. 1:15-CV-00114 BSM**

**JAGDISH SHAH**  **DEFENDANT**

## ORDER

The proposed findings and recommendation submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 98] and plaintiff Fed Edgin's timely objections [Doc. No. 99] have been reviewed. After *de novo* review of the record, the proposed findings and recommendation are adopted in their entirety. Accordingly, defendant Jagdish Shah's motion to dismiss [Doc. No. 90] is granted, and the case is dismissed without prejudice for lack of personal jurisdiction.

IT IS SO ORDERED this 13th day of December 2017.

_____
UNITED STATES DISTRICT JUDGE